FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIRK L. WILLIAMS,<br><br>      Plaintiff,<br><br>      v.<br><br>FAIR FIELD AIR FORCE BASE IN FAIRFAX, SOUTH CAROLINA,<br><br>      Defendant. | No. 2:25-CV-00072-SAB<br><br>**ORDER OF DISMISSAL** |

      Plaintiff, an individual incarcerated at the Stafford Creek Corrections Center in Aberdeen, Washington, is proceeding *pro se.* The Court has not ruled on Plaintiff's application to proceed *in forma pauperis.* Defendant has not been served.

      By Order filed May 5, 2025, ECF No. 16, the Court instructed Plaintiff to show cause why it was necessary for him to file this action and incur a filing fee obligation when he was already a named party to a class action lawsuit initiated by the Michael Blue law firm. *See Abbott et al., v. 3M Company et al.,* No. 2:20-cv-00307-SMJ, conditionally transferred to the District of South Carolina on September 11, 2020, case No. 2:20-cv-03260.

      On June 4, 2025, the Court granted Plaintiff additional time to respond, until June 24, 2025. ECF No. 20. Plaintiff did not respond and has filed nothing further

**ORDER OF DISMISSAL # 1**

in this action. The Court must assume Plaintiff has chosen to abandon this litigation. As there is no prejudice to any party, the Court dismisses this action without prejudice.

Therefore, **IT IS HEREBY ORDERED:**

1. This action is dismissed without prejudice.

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff, and **close** the file.

**DATED** this 25th day of June 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 2**